UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:08-cr-138-WTL-DML |
| ) | |
| CHARLES SUGGS, ) | |
| ) | |
| Defendant. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Mark Dinsmore's Report and Recommendation that Charles Sugg's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1 (a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as follows:

1. The Defendant violated the conditions of his supervised release and his supervised release should be revoked.

2. The Defendant is sentenced to the custody of the Attorney General or his designee for a period of eighteen (18) months with no supervised release to follow.

3. The Court recommends the Defendant be placed at FCI Memphis.

4. The Defendant shall be taken into custody immediately.

SO ORDERED this 24th day of February, 2017

*William T. Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana


Distribution to all registered counsel via electronic notification

United States Probation Office, United States Marshal